EDWARD S. STOKES, Respondent, *v.* WILLIAM E. D. STOKES, Appellant.

*Action for damages for the publication of alleged defamatory matter — bill of particulars not granted therein.*

It is no part of the office of a bill of particulars to state the elements which may enter into the general damages which may be recovered in an action brought to recover damages for the publication of alleged defamatory matter.

APPEAL by the defendant, William E. D. Stokes, from an order made at the New York Special Term, and entered in the office of the clerk of the city and county of New York on the 21st day of June, 1893, denying the defendant's motion for a bill of particulars.

*Artemus H. Holmes,* for the appellant.

*John J. Adams,* for the respondent.

PER CURIAM:

This is an action for a recovery of general damages for the publication of matter alleged to be defamatory. Three independent causes of action are set forth in the complaint. The amount of the damages which the plaintiff claims to have sustained by each cause of action is not stated, but it is alleged that the plaintiff has sustained $250,000 damages by reason of the three causes of action stated. No special damages are claimed. The defendant moved for an order requiring the plaintiff to serve a bill of the particulars of the damages sustained by him, which was denied.

In such cases the plaintiff cannot be compelled to state how much he claims for loss of reputation, for injured feelings, or how much he claims by reason of the personal ill will of the defendant. It is no part of the office of a bill of particulars to state the elements which may enter into the general damages which may be recovered in such an action.

The order should be affirmed, with ten dollars costs and disbursements.

Present — VAN BRUNT, P. J., FOLLETT and PARKER, JJ.

Order affirmed with ten dollars costs and disbursements.